**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**KDJ Investment Group, LLC** **Bankr. No. 26-30892**

**Debtor.** **Chapter 11**

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

---

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Rule 9010, Sarah J. Wencil hereby appears in this case on behalf of Mary R. Jensen, Acting United States Trustee Region 12, and requests, pursuant to Bankruptcy Rules 2002 & 3017(a), that notice of all matters arising in this case be duly served upon:

Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Email: Sarah.J.Wencil@usdoj.gov

PLEASE TAKE FURTHER NOTICE that the foregoing requests, without limitation, all notices, pleadings, motions applications, complaints, demands, hearings, requests or petition, disclosure statements, objections or reply, memoranda and briefs and any other document brought before this Court with respect to these proceedings, whether formal or informal, wither written or oral, and whether transmitted or conveyed by mail, delivery, telephone, tax, email or otherwise.

Dated: October 19, 2026

MARY R. JENSEN
ACTING U.S. TRUSTEE REGION 12

/s/ Sarah J. Wencil
Sarah J. Wencil
Office of the U.S. Trustee
Suite 1015 U.S. Courthouse
300 South Fourth St.
Minneapolis, MN 55415
Telephone: (612) 334-1366
Sarah.J.Wencil@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NORTH DAKOTA**

**In re:**

**KDJ Investment Group, LLC** **Bankr. No. 26-30892**

**Debtor.** **Chapter 11**

---

## CERTIFICATE OF SERVICE

---

Sarah J. Wencil, an employee of the U.S. Trustee office, hereby certifies that a true and correct copy of the Notice of Appearance of United States Trustee was electronically transmitted via CM/ECF.

Dated: October 19, 2026

/s/ Sarah J. Wencil
Sarah J. Wencil