# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

In re: KDJ Investment Group, LLC

Debtor(s)

Chapter 11

Bankruptcy No. 26-30892

## NOTICE OF INCOMPLETE FILING

The petition commencing this case was filed on October 16, 2026.
The following required documents have not been filed or were filed improperly:

| Not Filed | Document | Form # | Not Filed | Document | Form # |
|---|---|---|---|---|---|
| ✓ | Attachment to Voluntary Petition | 201A | ✓ | Summary of Your Assets and Liabilities for Non-Individuals | 206Sum |
| ✓ | Creditor Mailing Matrix/List | | ✓ | Schedules A/B and D-H *(all)* | |
| | Chapter 11 List of Creditors Holding the 20 Largest Unsecured Claims | 204 | | Schedule A/B | 206A/B |
| ✓ | Disclosure of Compensation of Attorney for Debtor | B2030 | | Schedule D | 206D |
| | | | | Schedule E/F | 206E/F |
| ✓ | Statement of Financial Affairs | 207 | | Schedule G | 206G |
| | Corporate Ownership Statement | *Local Form* | | Schedule H | 206H |
| | Other: | | ✓ | Declaration Under Penalty of Perjury for Non-Individual Debtors | 202 |

All documents identified in the table above must be filed by October 30, 2026.

**NOTICE:** Failure to file required documents by the deadline may result in dismissal of the case without further notice or hearing.

Dated: October 19, 2026.

**Sara E Diaz, Clerk**
U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North Suite 210
Fargo, ND 58102−4932

BY: /s/Hayley Delorme
Deputy Clerk