UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA

**In Re:** **Bky. No.** 26-30892

KDJ Investment Group, LLC Chapter 11 Case

Debtor(s)

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 9010 and 2002(g)(1), the undersigned hereby notes an appearance on behalf of:

First Western Bank & Trust

a creditor in the above case, and requests all parties in interest to serve copies of all notices and all papers (including pleadings, motions, applications, orders, financial and other reports) served or filed in this case upon the undersigned at the office address set forth below,

Dated: October 20, 2026.

OLSON & BURNS, P.C.

/s/ Richard P. Olson

Richard P. Olson (ND Bar #03183)
Attorneys for First Western Bank & Trust
PO Box 1180
Minot, ND 58702-1180
(701) 839-1740
rpolson@minotlaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of a NOTICE OF APPEARANCE AND REQUEST FOR NOTICE was on the 20th day of October, 2026, served by mail upon the following:

Office of the United States Trustee
ECF EMail -
USTPRegion12.SX.ECF@usdoj.gov

Sarah J. Wencil
Office of the Trustee
ECF EMail - sarah.j.wencil@usdoj.gov

Steven R. Kinsella
Attorney for Debtor Kidney Institute of North Dakota LLC
ECF EMail - skinsella@fredlaw.com

Maurice VerStandig
Attorney for Interested Party Khaled Rabadi
ECF EMail - mac@dakotabankruptcy.com

Melissa H. Burkland
Attorney for Creditor USA/SBA
ECF EMail - melissa.burkland@usdoj.gov

Dated this 20th day of October, 2026.

OLSON & BURNS, P.C.

/s/ Richard P. Olson
Richard P. Olson (ND Bar #03183)
Attorneys for First Western Bank & Trust
PO Box 1180
Minot, ND 58702-1180
(701) 839-1740
rpolson@minotlaw.com