# United States Bankruptcy Court
## District of North Dakota

In re KDJ Investment Group, LLC — Debtor(s)

Case No. 26-30892
Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 10/30/2026

*Dr. Khaled Rabadi*
Dr. Khaled Rabadi/Owner
Signer/Title

County of Grand Forks
PO Box 5638
Grand Forks, ND 58206-5638

First Western Bank & Trust
855 26th Ave E
West Fargo, ND 58078

Grand Forks Utility Billing
255 N 4th St
Grand Forks, ND 58203

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Nodak Electric Cooperative
4000 32nd Ave S
Grand Forks, ND 58201

Office of State Tax Commissioner
600 E. Boulevard Ave. Dept. 127
Bismarck, ND 58505-0599

The Hanover Insurance Company
PO Box 580045
Charlotte, NC 28258-0045

Travelers CL & Specialty Remittance Cent
PO Box 660317
Dallas, TX 75266-0317

US Small Business Administration
409 3rd St. SW
Washington, DC 20416

US Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

US Small Business Administration
657 2nd Ave. N. Room 360
Fargo, ND 58108

Xcel Energy
PO Box 9477
Minneapolis, MN 55484-9477